Marc Price Wolf (SBN: 254495)
mpricewolf@paulweiss.com
Sophia Poole (*Pro Hac Vice* Pending)
spoole@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON**
   **& GARRISON LLP**
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Defendant*
Franklin Jair Lopez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 26-CR-00088-CRB |
| *Plaintiff,* | **STIPULATION TO CONTINUE AND EXCLUDE TIME FROM MAY 20, 2026 TO JUNE 17, 2026 AND [PROPOSED] ORDER** |
| v. | |
| FRANKLIN JAIR LOPEZ, | |
| *Defendant* | |

### STIPULATION

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Franklin Lopez, that the status hearing scheduled for May 20, 2026, in the above-captioned matter be continued until June 17, 2026, and that time be excluded under the Speedy Trial Act from May 20, 2026, through June 17, 2026.

Mr. Lopez was recently released from pretrial detention and is currently participating in TRP Academy, a residential program that requires him to remain on-site for at least the first 30 days of programming. Mr. Lopez's first status hearing on his program progress is on May 27, 2026, at 9:30 a.m. before Judge Cisneros, and the parties seek to align his court appearances to minimize disruptions with his program participation. Further, the government and counsel for Mr. Lopez agree that time be

excluded under the Speedy Trial Act so that the defendant can review evidence.  The parties therefore stipulate and agree that excluding time until June 17, 2026, will allow for the effective preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 20, 2026, through June 17, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned counsel for Mr. Lopez certify that they have obtained approval from counsel for the United States to file this stipulation and proposed order.

Dated:  April 24, 2026

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   */s/ Marc Price Wolf*
Marc Price Wolf
Sophia Poole

*Attorneys for Defendant Franklin Lopez*

CRAIG H. MISSAKIAN
United States Attorney

Dated: April 24, 2026

By:   */s/ Daniel Kassabian*
Daniel N. Kassabian

*Assistant United States Attorney*

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 20, 2026, through June 17, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 20, 2026, through June 17, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing currently scheduled for May 20, 2026, is continued until June 17, 2026, and that time from May 20, 2026, through June 17, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(b), (h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ___April 27, 2026_____

_____
HON. CHARLES R. BREYER
Senior United States District Judge