CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division

DANIEL N. KASSABIAN (CABN 215249)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone:    (415) 436-7034
> Fax:          (415) 436-7234
> daniel.kassabian@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN JAIR LOPEZ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:26-cr-00088-CRB-3<br><br>STIPULATED [PROPOSED]<br>PROTECTIVE ORDER |

With the agreement of the parties, the Court enters the following Stipulated Protective Order:

Defendant is charged with violating 18 U.S.C. §§ 922(a)(1)(A) and 2 – dealing firearms without a license; aiding and abetting.  Upon receipt of a discovery request, the United States will produce documents and other materials pertaining to the defendant and the charged offense to defense counsel. The discovery to be provided includes documents or other materials falling into one or more of the following categories (collectively, "Protected Information"):

1. Personal Identifying Information of any individual (other than his or her name), including any person's date of birth, social security number, residence address, telephone numbers, email addresses, driver's license number, names of persons who are minors, or criminal

STIPULATED PROTECTIVE ORDER                 1
Case No. 3:26-cr-00088-CRB-3

histories ("Personal Identifying Information");

2. Financial Identifying Information of any individual or business, including bank account numbers, credit or debit card numbers, account passwords, and taxpayer identification numbers ("Financial Identifying Information"); and

3. Confidential juvenile records subject to confidentiality pursuant to Cal. Welf. & Inst. Code §§ 827 et seq. and subject to a separate protective order by the San Francisco Superior Court, Juvenile Division.

The United States will identify discovery materials as Protected Information by marking such materials "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER" or by providing written notice identifying discovery materials as Protected Information. The government shall exercise reasonable care in determining which discovery materials should be designated as Protected Information in order to avoid the over-designation of discovery materials as Protected Information.

To ensure that Protected Information is not subject to unauthorized disclosure or misuse,

**IT IS HEREBY ORDERED** that defense counsel, their investigators, assistants, employees, and independent contractors (collectively, "the Defense Team") may review with the defendant all discovery material produced by the government, but shall not provide a defendant with copies of, or permit defendant to make copies of, or have unsupervised access to any discovery material produced by the government that contains Protected Information, unless the Protected Information has first been **entirely redacted** from the discovery materials. The government and defense counsel are ordered to work together to ensure that these materials are protected, but that defendant has as much access to the materials as can be provided consistent with this Court's order. Discovery material that clearly pertains to the defendant and does not contain Protected Information regarding any other person (*e.g.*, defendant's own bank records, telephone records, and business records) may be provided to that defendant unredacted.

The Defense Team may show witnesses Protected Information in the course of preparing a defense for trial or any related proceedings in this case, but only if (i) the witness, by reason of their participation in the underlying events or conduct, would have seen or had reason to know such information, or (ii) it is otherwise relevant to the defense of the case that the Defense Team discuss with

STIPULATED PROTECTIVE ORDER          2
Case No. 3:26-cr-00088-CRB-3

or show the witness Protected Information.  Witnesses may only view Protected Information in the presence of the Defense Team.  No witness or potential witness may retain copies of discovery material that contains Protected Information after his or her review of those materials with the Defense Team is complete.

Defense counsel may also provide unredacted copies of Protected Information to any experts retained to assist with the preparation of the defense in the captioned case.  The defendant, all members of the Defense Team, and any experts who receive Protected Information under this Order shall be provided a copy of this Order along with those materials and shall sign and date the order reflecting their agreement to be bound by it.

The Defense Team shall maintain Protected Information safely and securely, and shall exercise reasonable care in ensuring the confidentiality of those materials by not divulging the contents or permitting anyone to see Protected Information except as set forth in this Protective Order.

The materials provided pursuant to this protective order may only be used for the specific purpose of preparing or presenting a defense in this matter unless specifically authorized by the Court, or in the case of confidential juvenile records produced pursuant to this Protective Order, by an order of the San Francisco Superior Court, Juvenile Division.

This Order shall also apply to any copies made of any materials covered by this Order.

**IT IS FURTHER ORDERED** that should the defendant dispute the propriety of any designation of discovery material as Protected Information, his counsel shall notify the United States in writing.  Within seven calendar days from receiving the notice, the United States shall respond to the notice in writing.  If, after this exchange of correspondence, the defendant and the United States cannot resolve their dispute, they may apply to the Court to do so.  The burden shall be on the government to prove that the material qualifies as Protected Information.  During the pendency of the dispute and any court resolution thereof, including an appeal of the Court's decision on such motion, the discovery material shall be deemed Protected Information as designated and shall be covered by the provisions herein.

**IT IS FURTHER ORDERED** that if a party files a pleading that contains or attaches Protected Information subject to this Order, the Protected Information must be filed under seal (accompanied by a

STIPULATED PROTECTIVE ORDER                           3
Case No. 3:26-cr-00088-CRB-3

request to file under seal) and redacted from the public filing pursuant to Criminal Local Rule 56-1, unless otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that after any judgment or disposition has become final and there are no pending proceedings, challenges, appeals, or habeas motions in the case, counsel for defendant shall either destroy discovery materials containing Protected Information (including any copies) within 30 days if the defendant consents to such destruction, or retain the Protected Information and ensure that the Protected Information will continue being kept under the conditions specified in this Order.  After the statutory period for filing a motion under 28 U.S.C. § 2255 has expired, the United States is free to destroy documents and materials subject to this Order.  If defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide counsel with the documents and materials subject to this Protective Order under the terms of this Order.

This stipulation is without prejudice to either party applying to the Court to modify the terms of any protective order.  This Court shall retain jurisdiction to modify this Order upon motion of either party even after the conclusion of district court proceedings in this case.

The undersigned counsel for the government certified that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED**.

CRAIG H. MISSAKIAN
United States Attorney

Dated: May 8, 2026

_____/s/_____
DANIEL N. KASSABIAN
Assistant United States Attorney


PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

_____/s/_____
MARC PRICE WOLF
SOPHIA POOLE
Counsel for Defendant
FRANKLIN JAIR LOPEZ

STIPULATED PROTECTIVE ORDER
Case No. 3:26-cr-00088-CRB-3

4

Pursuant to the stipulation, **IT IS SO ORDERED**.


Dated:  May 8, 2026

_____
THE HONORABLE CHARLES R. BREYER
Senior United States District Judge

**By signing below, I acknowledge that I have been provided and have reviewed a copy of this Order and hereby agree to be bound by its terms:**

| SIGNATURE | DATE |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

STIPULATED PROTECTIVE ORDER
Case No. 3:26-cr-00088-CRB-3

6